UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VANESSA CUDABAC,

                    Plaintiff,            **ORDER**
                                                                     CV 05-4847 (JS)(ARL)

       -against-

THE COUNTY OF NASSAU, THE NASSAU
COUNTY POLICE DEPARTMENT and POLICE
OFFICER JOSEPH NUZZO,

                    Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Seybert's requirements. However, the parties cannot reserve their right to amend and supplement the pretrial order. Judge Seybert will rule on the admissibility of exhibits that have not been identified in the pretrial order

       Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Seybert.


Dated: Central Islip, New York                **SO ORDERED:**
       February 12, 2007

                                                                        _____/s/_____
                                                                        ARLENE R. LINDSAY
                                                                        United States Magistrate Judge